IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


DALE DRISCOLL,

        Petitioner,        :

                                  :     Case No. 3:10cv336
       vs.                 Court of Appeals No. 12-3489
                                    :

WARDEN, LEBANON CORRECTIONAL     JUDGE WALTER HERBERT RICE
INSTITUTION,                       :

        Respondent.

---

DECISION AND ENTRY REAFFIRMING COURT'S DECISION NOT TO
GRANT CERTIFICATE OF APPEALABILITY AND REQUEST TO
APPEAL *IN FORMA PAUPERIS*

---

      On March 28, 2012, this Court filed a Decision and Entry in the captioned cause

(attached) in which, while dismissing Petitioner's Petition for Writ of Habeas Corpus as

procedurally defaulted and upon the merits, set forth the following language:

> "Given that Petitioner has failed to make a substantial
> showing of the denial of a federal constitutional right and
> that this Court's decision rendered herein would not be
> debatable among jurists of reason, this Court denies
> petitioner a certificate of appealability.  Further, given that
> any appeal from this Court's decision would be objectively
> frivolous, this court denies an anticipated request to appeal
> *in forma pauperis.*"

      It is the purpose of this opinion to affirm, by separate order, this Court's Decision

of March 28, 2012, denying Petitioner both a certificate of appealability and any

anticipated request to appeal *in forma pauperis.*

August 13, 2012
                             WALTER HERBERT RICE
                      UNITED STATES DISTRICT JUDGE

Copies to:

Dale Driscoll, #587-740, Lebanon Correctional Institution, P.O. Box 56,
    Lebanon, OH 45036-0056
Hilda Rosenberg, Ohio Attorney General's Office
Clerk, Sixth Circuit Court of Appeals
Florence P. Ebert, Case Manager, Court of Appeals